# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

151715

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

MARKETPLACE OF ROCHESTER HILLS
PARCEL B, LLC, MARKETPLACE OF
ROCHESTER HILLS PARCEL C, LLC,
MARKETPLACE OF ROCHESTER HILLS
PARCEL D, LLC, and MARKETPLACE OF
ROCHESTER HILLS PARCEL G, LLC,
      Plaintiffs-Appellants,

v

COMERICA BANK,
      Defendant-Appellee.

SC: 151715
COA: 318894
Oakland CC: 2013-134395-CB

_____/

On order of the Court, the application for leave to appeal the March 17, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE those parts of the Court of Appeals judgment stating that the same transaction test for compulsory joinder and res judicata is "if the same facts or evidence are essential to the maintenance of the two actions" and whether the two claims "concern identical evidence or essential facts." The proper test is "'whether the facts are related in time, space, origin or motivation, [and] whether they form a convenient trial unit . . . .'" *Adair v Michigan*, 470 Mich 105, 125 (2004), quoting 46 Am Jur 2d, Judgments § 533, p 801. When the same transaction test is properly applied to this case, the result reached by the Court of Appeals is correct. In all other respects, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

BERNSTEIN, J., not participating due to a familial relationship with one of the named guarantors in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

t1202